# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2237
LT Case No. 2021-DP-001236

_____

GUARDIAN AD LITEM STATEWIDE,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES AND S.P.S., MOTHER OF
M.L.S., C.L.S., A.L.S., A.L.S.,
S.Q.S., AND A.Q.S., CHILDREN,
AND S.Q.S., A CHILD,

    Appellees.

_____


On appeal from the Circuit Court for Brevard County.
Kelly McKibben, Judge.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, for Appellant.

Richard F. Joyce, Special Assistant Regional Counsel, of Office of
Criminal Conflict and Civil Regional Counsel 5th District,
Casselberry, for S.P.S, Mother of M.L.S., C.L.S., A.L.S., A.L.S.,
S.Q.S., and A.Q.S., Children.

David J. Reimel, III, of Brevard County Legal Aid, Rockledge, for
Appellee, S.Q.S., a Child.

Bernard P. Perlmutter, of University of Miami School of Law Children & Youth Law Clinic, Coral Gables, Amicus Curiae for S.Q.S., a Child, in support of Appellee.

January 22, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____